# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVE JONES, #06109-025, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 18-cv-01470-JPG ) |
| WILLIAM D. STIEHL, DEIRDRE A. DURBOROW, KIT R. MORRISSEY, RANDY G. MASSEY, GERALD B. COHN, DAVEANNA RAMSEY, JOSHUA KNAPP, DANIEL OWENS, CLERK OF THE COURT, MARTHA DOE, and MIRIAM F. MIQUELON, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF IMPENDING DISMISSAL

**GILBERT, District Judge:**

Plaintiff Steve Jones, an inmate who is currently incarcerated in the Federal Correctional Institution located in White Deer, Pennsylvania (FCI – Allenwood), filed this civil rights action *pro se* pursuant to 42 U.S.C. § 1983 on August 6, 2018. (Doc. 1). Plaintiff brings the action for alleged deprivations of his federal rights in this federal judicial district. *Id*. He seeks monetary damages against the defendants and immediate release from incarceration. (Doc. 1, p. 3). This case was opened without the payment of a filing fee or the filing of a Motion and Affidavit to Proceed in District Court Without Prepaying Fees or Costs ("IFP Motion").

The Clerk of Court sent Plaintiff a letter concerning the action on August 6, 2018. (Doc. 2). In it, Plaintiff was advised that he must pay the filing fee of $400.00 or file an IFP Motion

1

within thirty (30) days (*i.e.*, on or before September 5, 2018). *Id.* He was warned that failure to do so may result in dismissal of the action. *Id.* Included with this letter was a form IFP Motion. (Doc. 2-2, pp. 1-4).

To date, Plaintiff has failed to pay the filing fee for the action or file an IFP Motion. In fact, the Court has received no communication from him since August 6, 2018. Without a properly completed IFP Motion, which includes answers to all questions set forth in the form IFP Motion and a certified trust fund statement for the applicable time period (*i.e.*, 2/1/18 through 8/6/18), the Court will not grant IFP status or screen this case pursuant to 28 U.S.C. § 1915A. Although Plaintiff will be given an additional twenty-one (21) days to pay his filing fee or submit a properly completed IFP application, he is **WARNED** that the case shall be dismissed if he fails to comply with this Order. *See* FED. R. CIV. P. 41(b).

Accordingly, Plaintiff is **ORDERED** to provide the Court with a filing fee of $400.00 or a properly completed IFP Motion on or before **October 4, 2018**. If Plaintiff files an IFP Motion, the Court will then review his trust fund account statement for the 6-month period immediately preceding the filing of this action. Thus, he must have the Trust Fund Officer at FCI - Allenwood complete the attached certification and provide a copy of his certified trust fund account statement (or institutional equivalent) for the period 2/1/18 through 8/6/18. This information should be mailed to the Clerk of Court at the following address: United States District Court – Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois 62201. The Clerk has already provided Plaintiff with a copy of the form IFP Motion along with Doc. 2 but is **DIRECTED** to send him an additional copy of the form IFP Motion to his new address.

Plaintiff is also **ADVISED** of his continuing obligation to keep the Clerk and each opposing party informed of any change in his address. The Court will not independently investigate Plaintiff's whereabouts. This shall be done in writing and not later than 7 days after a transfer or other change in address occurs.

**Failure to comply with this Order will result in dismissal of this action for want of prosecution and/or for failure to comply with a court order under Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

**DATED: September 5, 2018.**

s/J. Phil Gilbert
**District Judge**
**United States District Court**
